AO 199A (Rev. 06/19)  Order Setting Conditions of Release                                                    Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
### for the
Southern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br><br>Nicholas Lehr<br>――――――――――――――――――――<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.   1:25mj051

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                                                   *Place*

_____

on _____
                                                                          *Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

      a. The Defendant must post with the Clerk of Court a   $0.00       cash deposit on his/her $ 10,000.00 bond
        by N/A.

AO 199B (Rev. 09/24) Additional Conditions of Release
Nicholas Lehr
1:25MJ00051

Page __ of __

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
Person or organization        Wendy Rico
Address *(only if above is an organization)*        887 Williford Run Drive
City and state   Grovetown, Georgia 30815                          Tel. No.  314-277-0176
: who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____        9-24-25
                    Custodian                          Date

( ☒ )  (7)  The defendant must:

( ☒ ) (a)  submit to supervision by and report for supervision to the   SUPERVISING OFFICER AS DIRECTED     ,
telephone number _____ , no later than _____ .

( ☐ ) (b)  continue or actively seek employment.

( ☐ ) (c)  continue or start an education program.

( ☒ ) (d)  surrender any passport to:        THE PRETRIAL SERVICES OFFICE OR SUPERVISING OFFICER

( ☒ ) (e)  not obtain a passport or other international travel document.

( ☒ ) (f)  abide by the following restrictions on personal association, residence, or travel:    TRAVEL RESTRICTED TO THE SOUTHERN DISTRICT OF GEORGIA and EASTERN DISTRICT OF MISSOURI.

( ☒ ) (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:   CODEFENDANTS, UNLESS ARRANGED BY AND IN THE PRESENCE OF COUNSEL

( ☐ ) (h)  get medical or psychiatric treatment: _____

( ☐ ) (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☒ ) (k)  not possess a firearm, destructive device, or other weapon.

( ☒ ) (l)  not use alcohol ( ☐ ) at all ( ☒ ) excessively.

( ☒ ) (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☐ ) (n)  submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.

( ☐ ) (o)  participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.

( ☐ ) (p)  participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.

( ☐ )  pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

( ☒ )  (q)  participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i. Following the location restriction component (**check one**):

( ☐ ) (1)  **Curfew.** You are restricted to your residence every day ( ☐ )from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☒ ) (2)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or

( ☐ ) (3)  **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or

## ADDITIONAL CONDITIONS OF RELEASE

(☒)  (ii)      submit to the following location monitoring technology (check one):

      (☐) (1)    Location monitoring technology as directed by the pretrial services or supervising officer; or

      (☒) (2)    GPS; or

      (☐) (3)    Radio Frequency; or

      (☐) (4)    Voice Recognition; or

      (☐) (5)    Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

    (iii)  (☐ )  pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☒ )  (r)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ )  (s)  NO ASSOCIATION WITH MINORS, EXEMPT FOR MINORS IN THE HOME

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)  all owners of the property securing this appearance bond are included on the bond;
(2)  the property is not subject to claims, except as described above; and
(3)  I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:  09/26/2025

_Wendy Ricq as custodian for._
_____
*Defendant's signature*

887 Williford Run Drive, Grovetown, GA 30815
*Defendant's address*

314-277-0176
*Defendant's telephone number*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – address*

_____
*Surety/property owner – telephone number*

CLERK OF COURT

Date:  09/26/2025

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date:  09/26/2025

_____
BRIAN K. EPPS, U.S. MAGISTRATE JUDGE