## Curriculum Vitae

## Michael J. Vitacco, Ph.D., ABPP

*Business Address:*
Augusta University
Professor of Psychiatry and Health Behavior
Professor in the School of Public Health
Email: mvitacco@augusta.edu

## LICENSES and CERTIFICATIONS

- Board Certified in Forensic Psychology by the American Board of Professional Psychology #8154 (October, 2015)
- Wisconsin Psychology License # 2794-57 (March, 2009)
- Georgia Psychology License # PSY003456 (April, 2011)
- North Dakota Psychology License # 589 (August, 2021)
- South Carolina Psychology License # 1793 (March, 2023)
- Authority to Practice Interjurisdictional Telepsychology (APIT, November, 2022)

## EDUCATION

| | |
|---|---|
| 09/2002<br>To<br>08/2003 | **Postdoctoral Fellowship**<br>University of Massachusetts Medical School<br>The Law and Psychiatry Program<br>Specialization: Clinical Forensic Psychology |
| 09/2001<br>To<br>08/2002 | **Psychology Predoctoral Internship**<br>University of North Carolina School of Medicine at Chapel Hill and The United States Department of Justice<br>Department of Psychiatry and Behavioral Sciences<br>Specialization: Clinical Forensic Psychology<br>Approved by the American Psychological Association (APA) |
| 09/1997<br>To<br>10/2002 | **University of North Texas, Denton, Texas**<br>APA-approved Clinical Psychology Program<br>*Major Professor:* Richard Rogers, Ph.D., ABPP<br><br>**Doctor of Philosophy (Ph.D.)**<br>Doctoral Dissertation: Construct Validity of Psychopathy in Mentally Disordered Offenders: A Multi-Trait Multi-Method Approach.<br>Date defended: 10/03/2002<br><br>**Master of Science (M.S.)**<br>Master's Thesis: Adolescent Psychopathy in an Adjudicated Population: The Role of Sensation Seeking, Impulsivity, and Externalizing Disorders.<br>Date defended: 12/11/1999 |
| 1988-1993 | **Bachelor of Science, Cum Laude**<br>University of Wisconsin Oshkosh<br>Major: Psychology |

**FACULTY POSITIONS**

| | |
|---|---|
| **07/2024**<br>**To**<br>**Present** | **Interim Chair**<br>**Community and Behavioral Health Science**<br>**School of Public Health**<br>Charing a division of the School of Public Health. Work with nine faculty Members and ensuring smooth operation of the division. Work directly with the Dean of the School of Public Health to create policies and lead the department. |
| **07/2020**<br>**To**<br>**Present** | **Professor**<br>**School of Public Health**<br>**Institute of Public and Preventive Health**<br>**Department of Psychiatry and Health Behavior**<br>**Augusta University**<br>Work on self-and faculty-generated grant-funded research projects. Mentor students on research projects. Participate in case-based learning (CBL) for first-year medical students. |
| **07/2015**<br>**To**<br>**07/2020** | **Associate Professor of Psychiatry and Health Behavior**<br>**Director of Forensic Psychology Training**<br>**Augusta University**<br>**Licensed Psychologist**<br>**East Central Regional Hospital, Augusta, Georgia**<br>Faculty member as part of a partnership between Augusta University and East Central Regional Hospital. Direct a fellowship program in forensic psychology. Developed and provide supervision in a Forensic Psychology Internship Track as part of the MCG/VA APA approved predoctoral internship site. Evaluate individuals for criminal responsibility, competency to stand trial, and violence risk. Testify in various courts on issues of criminal responsibility, competency to stand trial, and civil commitment. |
| **05/2018**<br>**To**<br>**07/2020** | **Associate Professor**<br>**Institute of Public and Preventive Health**<br>**Augusta University**<br>Consult and work with staff on collaborative research projects with faculty and students from the Institute of Public and Preventive Health (IPPH). Work with students as needed in the implementation and development of research projects. Attend faculty meetings and serve on faculty search committee. |
| **01/2011**<br>**To**<br>**06/2015** | **Assistant Professor of Psychiatry and Health Behavior**<br>**Director of Forensic Psychology Training**<br>**Augusta University**<br>**Licensed Psychologist**<br>**East Central Regional Hospital, Augusta, Georgia**<br>Faculty member of the partnership between Georgia Regents University and East Central Regional Hospital. Developed and direct a fellowship program in forensic psychology that includes two postdoctoral fellows. |

Evaluate individuals for criminal responsibility, competency to stand trial, and violence risk. Testify in various courts on issues of criminal responsibility, competency to stand trial, and civil commitment. Supervise students including psychology practicum students, medical residents, and psychology predoctoral interns.

**2018**
**To**
**Present**

**St. John's University**
**Post Graduate Program Forensic Psychology**
**Queens, New York**
Provide didactic and consultative training to clinical psychologists pursuing post-graduate certification in forensic psychology. I provide in-person training at least once a year on forensic assessment, with an emphasis on malingering and response styles. This includes practical training and lectures conducted in a 7-hour course.

**2013**
**To**
**2023**

**Adjunct Professor of Clinical Psychology**
**Georgia Southern University**
**Statesboro, Georgia**
Supervise students' theses with forensic and personality assessment emphases. Teach undergraduate class on forensic psychology. Work with students on research development and implementation. In Spring of 2017 developed and taught an Introduction to Forensic Psychology class to undergraduate students.

**2010**
**To**
**2014**

**Adjunct Professor of Biological Psychology**
**University of New Orleans**
**New Orleans, Louisiana**
Part of the adjunct faculty developing a project dealing with stress hormones and callous unemotional traits in males and females placed in secure detention facilities. Member of a research team that received grant funding from the National Institute of Mental Health for studying stress hormones in adolescent female offenders. Serve as a committee member for student theses focusing on biological markers of antisocial behavior.

**2007**
**To**
**2014**

**Adjunct Professor of Clinical Psychology**
**Cardinal Stritch University**
**Milwaukee, Wisconsin**
Was responsible for teaching Ethics and Advanced Research Design and Statistics to Master's students enrolled in a clinical psychology program. Currently, remain on adjunct status to supervise students' theses with forensic and personality assessment emphases.

**2010**

**Adjunct Professor of Clinical Psychology**
**Milwaukee School of Professional Psychology**
**Milwaukee, Wisconsin**
Teaching duties included Measurement and Statistics to Doctoral students in clinical psychology.

## CLINICAL POSITIONS

| | |
|---|---|
| **2019**<br>**To**<br>**Current** | **Forensic Institute**<br>**Augusta University**<br>**Augusta, Georgia**<br>Member of a multidisciplinary team that conducts various forensic examinations. These evaluations include mitigation, fitness for duty, parental capacity, and independent medical examinations. Expert witness testimony is often required and provided in these evaluations. |
| **2023**<br>**To**<br>**Current** | **VP Forensic Psychology**<br>**Private Practice Forensic Consulting Firm**<br>**Partner**<br>Partner in a forensic psychology private practice that conducts independent evaluations of mental health in criminal forensic and civil matters. These include evaluations of insanity, competency to proceed to trial, fitness for duty, and violence risk assessment. Also consult with attorneys in the preparation of testimony and critiques of psychological evaluations. |

## GRANTS

*SAMSHA Gains Center's Learning Collaborative: Competency to Stand Trial/Competency Restoration.* March 13, 2019 to March 13, 2020. Role: Co-Principal Investigator. Provide technical and educational support for making changes in competency to stand trial evaluations in Georgia. Total Direct Costs: This is a technical grant that was awarded to provide learning collaborative for state agencies.
My role is to facilitate meetings and trainings with other members of the team and provide support for changes within competency evaluations with licensed psychologists and psychiatrists within the Georgia Department of Behavioral Health and Developmental Disabilities.

*Evaluating the Impact of Violence Risk Predictions on Legal Decision-Making: A Comparison of Expert Communication Methods*, National Science Foundation, Decision, Risk and Management Program (Co-I: with Ashley Batastini, Ph.D.). (2018). Funds requested: $184,985. (not funded).

R21MH093675. August 1, 2011 to August 1, 2013: "Biobehavioral mechanisms for severe disruptive behavior symptoms in adolescent girls." *Principal Investigator*: Elizabeth Shirtcliff. *Agency*: National Institute of Mental Health, National Institute of Drug Abuse. *Role*: Co-Investigator/Consultant. *Total direct costs*: $275,000 (Funded).
My role was to assist in the overseeing of data collection, management, statistical analyses, and write-up of results for biological specimens and psychological measures collected on incarcerated adolescent females.

OJA637550. May 1, 2006 to 2010: "Treatment for Chronically Antisocial Adolescents: Monitoring Cortisol Levels and Behavioral Change in Violent Juveniles" Principal Investigator: Michael Caldwell. Agency: Office of Justice Administration. Role: Co-Principal Co-Investigator/Consultant.
Total direct costs: $50,000 (Funded).
My role was to integrate psychopathy/callous measures into an ongoing study on the efficacy of a therapeutic intervention for incarcerated adolescents. This award provided pilot data for a longitudinal study on developmental changes in adolescents' psychobiology and the study of psychopathy.

## BOOKS

Batastini, A.B. & **Vitacco**, M.J. (Eds). (2020). Forensic Mental Health Evaluations in the Digital Age: A Practitioner's Guide to Using Internet-Based Data. New York, Springer International Publishing.

**Vitacco**, M.J. Conducting Conditional Release Evaluations. Under contract with Oxford Press.

## PEER REVIEWED PUBLICATIONS

**Vitacco**, M. J., Batastini, A. B., & Felthous, A. R. (2024). Introduction to special issue on social media for forensic mental evaluations. *Behavioral Sciences & the Law*. https://doi.org/10.1002/bsl.2674

**Vitacco**, M. J., Nelson Aguiar, R. J., Porter Staats, M. L., & Coleman, S. (2024). Neuroscience and the insanity defense: Trying to put a round peg in a square hole. *Forensic Science International: Mind and Law*, *5*. https://doi.org/10.1016/j.fsiml.2024.100131

Tacke, L. J., Lishner, D. A., Knepple Carney, A., **Vitacco**, M. J., Saltigerald, B., Jacquez, H. R., Hillman, V., Meendering, M., Burgess, B., Smith, A., & Neumann, C. S. (2023). Psychopathy and COVID-19: Callousness, impulsivity, and motivational reasons for engaging in prevention behavior. *Social and Personality Psychology Compass*, *17*(12). https://doi.org/10.1111/spc3.12900

**Vitacco, M.J.** (2023). The insanity defense. Oxford Bibliographies.

**Vitacco**, M.J., Randolph, A.M., Soroko, K., Velez, J., & Sigurdsson, D. (2023). Evaluating feigning in individuals with intellectual disabilities in criminal cases: A cautionary tale. *Journal of Intellectual Disabilities and Offending Behavior, 14*, 1-13.

Jones, A.C.T., Batastini, A.B., **Vitacco**, M.J., Standridge, R. L., & Knuth, S B. (2023). Attorneys, tell your clients to think before they post: Social media data may influence how evaluators view their parental fitness. *Family Court Review, 61*, 545-562.

Roberson, A., & **Vitacco**, M. J. (2022). Jail-based competency restoration: What's out there and what's missing. *Journal of Correctional Health Care*, *28*, 230–235.

**Vitacco**, M. J., Batastini, A. B., & Smith, C. (2022). Conditional release and cannabis use: Concerns and challenges for community reintegration. *Behavioral Sciences & the Law, 40*, 261-270.

Kastner, R. M., **Vitacco**, M. J., Anderson, K., & Batastini, A. B. (2022). Risk assessment and provisional discharge: Predictive utility of the HCR-20. *Psychology, Public Policy, and Law*, *28*, 332–343.

Gottfried, E., Mulay, A.M., Schenk, A.M., & **Vitacco**, M.J. (2022). MMPI-2-RF differences between violent offending and institutional violence among incarcerated women. *Violence and Victims*, 37*,* 497-514.

**Vitacco**, M.J., Randolph, A.M., Nelson Aguiar, R.J., & Porter Staats, M.L. (2021). Limitations using neuroimaging to reconstruct mental state after a crime. *Cambridge Quarterly Clinical Neuroethics, 4,* 694-701*.*

Batastini, A. B., **Vitacco**, M. J., Jones, A. C. T., & Davis, R. M. (2021). Perceived credibility of social media data as a collateral source in criminal responsibility evaluations using an experimental design. *International Journal of Forensic Mental Health, 20*, 317-332.

Mulay, A., Gottried, E., Mulis, D., & **Vitacco**, M.J. (2021). The use of telehealth videoconferencing in forensic evaluations: Moving forward in times of COVID-19. *Journal of Forensic Psychology Research and Practice*, 1-17.

Olver, M.E., Stockdale, K.C., Neumann, C.S., Hare, R.D., Mokros, A., Baskin-Sommers, A., Brand, E., Folino, J., Cacono, C., Gray, N.S., Kiehl, K., Knight, R., Leon-Mayer, E., Meloy, JR., Roy, S., Salekin, R.T., Snowden, R., Thomson, N., Tillem, S., **Vitacco**, M,J., & Yoon, D. (2020) Reliability and validity of the Psychopathy Checklist-Revised in the assessment of risk for institutional violence: A cautionary note on DeMatteo et al. (2020). *Psychology, Public Policy, and Law, 26*, 490-510.

Hare, R.D., Olver, M., Stockdale, K., Neumann, C.S., Mokros, A., Baskin-Spmmers. A., Brand, E., Folino, Gocono, C., Gray, N.S., Kiehl, K., Knight, R., Leon-Mayer, E., Meloy,J., Roy, S., Salekin, R.T., Snowden, R., Thomson, N., **Vitacco**, M.J., Wong, S., & Yoon, D. (2020) The PCL–R and capital sentencing: A commentary on "Death is different" DeMatteo et al. (2020a). *Psychology, Public Policy, and Law, 26*, 519-522.

**Vitacco**, M.J., Gottfried, E., Lilienfeld, S.O., & Batastini, A.B. (2020). The limited relevance of neuroimaging in insanity evaluations.  *Neuroethics*, *13*, 249-260.

Dexter, E., & **Vitacco**, M.J. (2020). Strategies for assessing and preventing inpatient violence in forensic hospitals: A call for specificity. *European Psychologist,* 26, 1-*9*.

Britt, J., Patton, C.C., Remaker, D., **Vitacco**, M.J., & Prell, L. (2019). Predicting violence and recidivism in female parolees: A state-wide sample. *International Journal of Law & Psychiatry, 66*.

Gay, J.G., Lishner, D.A., **Vitacco**, M.J., & Beussink, C. (2019). Deconstructing the association between psychopathy and political orientation: Is it attributable to moral intuitions or moral competency? *Personality and Individual Differences,* 149, 128-134.

Patton, C.L., Johnston, E.L., Lillard, C.K. & **Vitacco,** M.J. (2019). Legal and clinical issues regarding the *pro se* defendant: Guidance for practitioners and policy makers. *Psychology, Public Policy, & Law, 25*, 196-211.

Batastini, A.B., **Vitacco**, M.J., Coaker, L.C., & Lester, M.E. (2019). Communicating violence risk during testimony. Do different formats lead to different perceptions among jurors. *Psychology, Public Policy, & Law*, 25, 92-106.

Batastini, A. B., Hoeffner, C. E., **Vitacco**, M. J., Morgan, R. D., Coaker, L. C., & Lester, M. E. (2018). Does the format of the message effect what is heard? A two-part study on the communication of violence risk assessment data. *Journal of Forensic Psychology: Research and Practice, 1*, 44-71.

Coffey, A.C., Batastini, A.B., & **Vitacco**, M.J. (2018). Clues from the digital world: A survey of clinicians' reliance on social medial as collateral data in forensic evaluations. *Professional Psychology Research and Practice, 49*, 345-354.

Cox, J., Fairfax-Columbo, J., DeMatteo, D., **Vitacco**, M.J., Kopkin, M.R., Parrott, C.T., & Bownes, E. (2018). An update on the role of the Violence Risk Appraisal Guide and the Historical Clinical Risk-20 in United States case law. *Behavioral Sciences & the Law, 36*, 517-531.

**Vitacco**, M.J., Balduzzi, E., Rideout, K., Banfe, S., & Britton, J. (2018). Reconsidering risk assessment with insanity acquittees. *Law and Human Behavior, 42,* 403-412.

Hampton, S.L., **Vitacco**, M.J., & Kosson, D.S. (2018). Construct validity of the three-factor model of the Interpersonal Measure of Psychopathy. *Criminal Justice and Behavior, 45, 1613-1633*.

Gay, J., **Vitacco**, M.J., Hackney, A., Beussink, C., & Lilienfeld, S.O. (2018). Relations among psychopathy, moral competence, and moral intuitions in student and community samples. *Legal and Criminological Psychology, 23*, 117-134.

Johnson, M., **Vitacco**, M.J., & Shirtcliff, E.A. (2018). Callous-unemotional traits and early life stress predict altered treatment effects on stress and sex hormone functioning in incarcerated male adolescents. Stress, *21*, 110-118.

**Vitacco**, M.J., Gottfried, E.D., & Batastini, A. (2018). Using technology to improve the objectivity of criminal responsibility evaluations. *Journal of the American Academy of Psychiatry and the Law*, *46*, 71-77.

Wahl, K.D., **Vitacco**, M.J., Ryba-Panza, N., & Hyde, T.F. (2018). Utility of the Inventory of Legal Knowledge in detecting feigning: An analogue study. *Journal of Forensic Psychiatry and Psychology, 3*, 483-497.

Steinert, S.W., Lishner, D.A., **Vitacco**, M.J., & Hong, P.Y. (2017). Conceptualizing successful psychopathy: An elaboration of the moderated-expression model. *Aggression and Violent Behavior, 36*, 44-51.

Beussink, C., Hackney, A., & **Vitacco**, M.J. (2017). The effects of perspective taking on empathy-related responses in college student higher in callous traits. *Journal of Personality and Individual Differences, 119,* 198-203.

Gottfried, E., **Vitacco**, M.J., & Steadham, J. (2017). The relationship between feigned psychiatric symptoms and feigned lack of legal knowledge among a multi-site sample of forensic inpatients. *International Journal of Forensic Mental Health,* 1-10.

Gottfried**,** E., Hudson, B.L., **Vitacco**, M.J., & Carbonell, J. (2017). Improving the detection of feigned knowledge deficits in defendants adjudicated incompetent to proceed. *Assessment, 24,* 232-243.

Gay, J.G., **Vitacco**, M.J., & Ragatz, L.L. (2017). Mental health symptoms predict competency to stand trial and competency to stand trial restoration. *Legal and Criminological Psychology*, *23*, 230-240.

**Vitacco**, M.J. (2016). Insanity acquittees in the community: Legal foundations and clinical conundrums. *Fordham Urban Law Review; Special issue on Mental Health, the Law, & the Urban Environment,* Vol. XLIII, No. 3, 847-868.

Prell, L., **Vitacco**, M.J., & Zavodny, D. (2016). Predicting violence and recidivism in a large sample of males on probation or parole. *International Journal of Law and Psychiatry, 49*, 107-113.

**Vitacco**, M.J., Tabernik, H.E., Zavodny, D., Bailey, K., & Waggoner, C. (2016). Projecting risk: The Importance of the HCR-20 "R" scale in predicting outcomes with forensic patients. *Behavioral Sciences & the Law, 34,* 308-320.

Tabernik, H.E., & **Vitacco**, M.J. (2016). Psychosis, drug use, and dangerousness: Moving towards a model for assessing dangerousness in insanity acquittees. *Behavioral Sciences & the Law, 34*, 295-307

Green, D., **Vitacco,** M.J., & Felthous. A. (2016). Introduction to special issue on conditional release. *Behavioral Sciences & the Law, 34,* 249-256.

Watts, A.L., Salekin, R.T., Grimes, R.D., Rosenbaum, J., Waldman, I.D., **Vitacco**, M.J., & Lilienfeld, S.O. (2016). Psychopathy: Relations with three conceptualizations of intelligence. *Journal of Personality Disorders,* 7, 269-279.

Gottfried, E., Schenk, A., & **Vitacco**, M. (2016). Retrospectively assessing for feigning in criminal responsibility evaluations: Recommendations for clinical practice. *Journal of Forensic Psychology Practice*, 16, 118-128.

Neller, D.J., **Vitacco**, M.J., Magaletta, P.R., Brooke Phillips-Boyles, A. (2016). Eliciting responsivity: Exploring programming interests of Federal inmates as a function of security classification. *Journal of Offender Therapy and Comparative Criminolog*y, *60,*423-434.

Gay, J., Ragatz, L.L., & **Vitacco**, M.J. (2015). Mental health symptoms and their relationship to specific deficits in competency to proceed to trial evaluations. Psychiatry, Psychology, and Law, 22, 780-791.

Ragatz, L.L., **Vitacco**, M.J., & Tross, R. (2015). Addressing the rational understanding prong in competency to stand trial assessment. *Journal of Offender Therapy and Comparative Criminolog*y, 59, 1505-1519.

Lishner, D.A., Hong, P.Y., **Vitacco**, M.J., Lixin, J., & Neumann, C. (2015). Psychopathy, Narcissism, and Borderline Personality: A Critical Test of the Affective Empathy-Impairment Hypothesis. *Journal of Personality and Individual Differences, 86,* 257-265.

**Vitacco,** M.J., Shirtcliff, E.S., Dismukes, A., & Johnson, M. (2015). Biomarkers, science, and the prediction of violence: Clinical and legal issues. *Science in the Courtroom: The Science of Aggression and Violence in the Courts*

Welch**, L.**, & Vitacco, M. Critical Synthesis Package: Kessler Psychological Distress Scale. (2015). MedEdPORTAL; 2015.

Gowensmith, W.N., Bryant, A., & **Vitacco**, M.J. (2014). Decision-making in post-acquittal hospital release. How do forensic evaluators make their decisions? *Behavioral Sciences & the Law, 32*, 599-607.

Marshall. D.J., **Vitacco**, M.J., Read, J.B. & Haraway,M. (2014). Predicting voluntary and involuntary readmissions to forensic hospitals by insanity acquittees in Maryland. *Behavioral Sciences & the Law*, *32*, 627-640.

Gostisha, A., **Vitacco**, M.J., Brieman, C., Merz, J.L., Graf, A.R., & Shirtcliff, E.A. (2014). Beyond physiological hypoarousal: The role of context and callous-unemotional traits in incarcerated adolescent males. *Hormones and Behavior, 65*, 469-479.

**Vitacco**, M.J., Vauter, R., Erickson, S.K., Ragatz, L. (2014). Evaluating conditional release in Not Guilty by Reason of Insanity acquittees: A prospective follow-up study in Virginia. *Law and Human Behavior, 38,* 346-356.

**Vitacco**, M.J., Neumann, C.S., & Pardini, D. (2014). Predicting future criminal offending in a community-based sample of males using self-reported psychopathy. *Criminal Justice and Behavior, 41*, 345-363.

Dismukes, A., Johnson, M.M, **Vitacco**, M.J., Iturri, F., & Shirtcliff, E.A. (2014). Coupling of the HPA and HPG axes in the context of early life adversity. *Developmental Psychobiology*, 57*,* 705-718.

Johnson, M.M., Dismukes, A.R., **Vitacco**, M.J., Brieman, C., Fleury, D., & Shirtcliff, E.A. (2014). Psychopathy's influence on the coupling between hypothalamic-pituitary-adrenal and gonadal axes among incarcerated adolescents. Developmental Psychobiology, *56*, 448-458.

**Vitacco**, M.J., & Buckley, P. (2013). Substance abuse comorbidity in schizophrenia: Conceptual and clinical issues. *Psychiatric Annals, 43*, 454-458.

**Vitacco**, M.J., Erickson, S.K., & Lishner, D.A. (2013). Holding psychopaths morally and criminally culpable. *Emotion Review,* 5, 423-425.

Welch L., & Vitacco M. Critical Synthesis Package: Approaches and Study Skills Inventory for Students (ASSIST). MedEdPORTAL (2013). Available from: www.mededportal.org/publication/9404

**Vitacco**, M.J., & DeGroot, J. (2013). Dangerousness and mental health treatment: Civil commitment in the United States. *International Psychiatry, 10*, 40-42.

Lishner, D.A., **Vitacco**, M.J., Hong, P.Y., Mosley, J., Miska, K.J., & Stocks, E. L. (2012). Evaluating the relation between psychopathy and affective empathy: Two preliminary studies. *International Journal of Offender Therapy and Comparative Criminology, 56,* 1161-1181.

**Vitacco,** M.J., Erickson, S.K., Kurus, S., & Apple, B. (2012). The Role of the Violence Risk Appraisal Guide and Historical, Clinical, Risk-20 in U.S. Courts: A Case Law Survey. *Psychology, Public Policy, & Law, 18*, 361-391.

**Vitacco**, M.J., Gonsalves, V., Tomony, J., Smith, B., & Lishner, D.A. (2012). Can standardized measures of risk predict inpatient violence? Combining static and dynamic variables to improve accuracy. *Criminal Justice and Behavior, 39*, 589-606.

Erickson, S.K., & **Vitacco**, M.J. (2012). Punishment and predators. *Psychology, Public Policy, and Law, 18*, 1-17.

**Vitacco**, M.J., Erickson, S.K., Kurus, S., Apple, B., Lamberti, J.S., & Gasser, D. (2011). Evaluating conditional release in female insanity acquittees: A risk management perspective. *Psychological Services, 8*, 332-342.

Buckley, P., Citrome, L., Nichita, E., & **Vitacco**, M.J. (2011). Psychopharmacology of aggression in schizophrenia. *Schizophrenia Bulletin, 37,* 930-936.

Lishner, D.A., Swin, E.R., Hong, P.Y., & **Vitacco**, M.J. (2011). Psychopathy and emotional intelligence: Global or facet-specific association? *Journal of Personality and Individual Differences, 50,* 1029-1033.

**Vitacco**, M.J., & Kosson, D.S. (2010). Understanding psychopathy through an evaluation of interpersonal behavior: Testing the factor structure of the Interpersonal Measure of Psychopathy in a large sample of jail detainees. *Psychological Assessment, 22*, 638-649.

Rogers, R., **Vitacco**, M.J., & Kurus, S. J. (2010).  Assessment of malingering: The stability of SIRS scales in an inpatient forensic setting. *Journal of the American Academy of Psychiatry and the Law, 38,* 109-114.

**Vitacco**, M.J., Neumann, C.S., & Caldwell, M.F. (2010). Predicting antisocial behavior in high-risk male adolescents: Contributions of psychopathy and instrumental violence. *Criminal Justice and Behavior, 37,* 833-846.

Saleh, F.M., Martin, M., Grudzinskas, A. J., & **Vitacco**, M.J. (2010). Paraphilias with co-morbid psychopathy: Clinical and legal considerations. *Behavioral Sciences & the Law, 28*, 211-223.

**Vitacco**, M.J., Caldwell, M., Ryba, N., Malesky, A., & Kurus, S. (2009). Assessing risk in adolescent sex offenders: Recommendations for clinical practice. *Behavioral Sciences & the Law,* 27, 929-940.

**Vitacco**, M.J., Rogers, R., & Gabel, J. (2009). The effects of feigning on competency evaluations: An investigation of the ECST-R. *Assessment,* 16, 249-257.

**Vitacco,** M.J., Malesky, L.A., Erickson, S.K., Leslie, W., Croysdale, A., & Bloechl, A. (2009). Measuring attitudes toward the insanity defense in venirepersons: Refining the IDA-R in the evaluation of juror bias. *International Journal of Forensic Mental Health, 8,* 62 - 70.

**Vitacco**, M.J., VanRybroek, G.J., Rogstad, J., Yahr, L.E., Tomony, J., & Saewert, E. (2009). Predicting short-term institutional aggression in forensic patients: A multi-trait method for understanding subtypes of aggression. *Law and Human Behavior, 33*, 308-319.

Shirtcliff, E.A., **Vitacco**, M.J., Graf, A.R., Gostisha, A.J., Merz, J.L., & Zahn-Waxler, C. (2009). Neurobiology of empathy and callousness: Implications for the development of antisocial behavior. *Behavioral Sciences and the Law*, *27*, 137-171.

Caldwell, M.F., Ziemke, M., & **Vitacco**, M.J. (2008). An examination of SORNA as applied to Juveniles. Evaluating the ability to predict sexual recidivism. Psychology, Public Policy, and Law, 14, 89-114.

**Vitacco**, M.J., Van Rybroek, G.J., Erickson, S.K., Rogstad, J., Tripp, A., Harris, L., & Miller, R. (2008). Developing services for insanity acquittees released into the community: Maximizing success and minimizing recidivism. *Psychological Services, 5*, 118-125.

**Vitacco**, M.J., Jackson, R., Rogers, R., Neumann, C.S., Miller, H., & Gabel, J. (2008). Detection strategies for malingering with the Miller Forensic Assessment of Symptoms Test: A confirmatory factor Analysis of underlying dimensions. *Assessment*, *15*, 97-103.

**Vitacco,** M.J., Neumann, C.S., & Wodushek, T. (2008). Differential relationships between the dimensions of psychopathy and intelligence: Replication in an adult offender sample. *Criminal Justice and Behavior*, 35, 48-55.

**Vitacco**, M.J., Caldwell, M. F., VanRybroek, G. J., & Gabel, J. (2007). Psychopathy and behavioral correlates of victim injury in serious juvenile offenders. *Aggressive Behavior, 33*, 537-544.

**Vitacco**, M.J. (2007). Psychopathy and Antisocial tendencies: A reply to Cooke, Michie, and Skeem. *British Journal of Psychiatry*. Letter published on-line, May 30, 2007.

Erickson, S.K., Ciccone, J.R., Schwarkopf, S.B., Lamberti, J.S., & **Vitacco**, M.J. (2007). Legal fallacies of antipsychotic drugs. *Journal of the American Academy of Psychiatry and Law, 35,* 235-246.

Jackson, R.L., Neumann, C.S., **Vitacco**, M.J. (2007). Impulsivity, anger, and, psychopathy: The moderating effect of ethnicity. *Journal of Personality Disorders, 21, 28*9-304.

**Vitacco**, M.J., Rogers, R., Gabel, J., & Munizza, J. (2007). An evaluation of malingering screens with competency to stand trial patients: A known-groups comparison. *Law and Human Behavior, 31*, 249-260.

Erickson, S.K., Lilienfeld, S.O., & **Vitacco**, M.J. (2007). A critical examination of the suitability and limitations of psychological tests in family court. *Family Court Review, 45*, 157-174.

Erickson, S.K., Lilienfeld, S.O., & **Vitacco**, M.J. (2007). Failing the burden of proof: The science and ethics of projective tests in custody evaluations. *Family Court Review, 45,* 185-192.

Bloechl, A.L., **Vitacco**, M.J., Neumann, C.S., & Erickson, S.K. (2007). An empirical investigation of insanity defense attitudes: Exploring factors related to bias. *International Journal of Law and Psychiatry*, *30*, 153-161.

**Vitacco**, M.J., Neumann, C.S., Caldwell, M., Leistico, A.R., & Van Rybroek, G.J. (2006). Testing factor models of the Psychopathy Checklist: Youth Version and their association with instrumental violence. *Journal of Personality Assessment, 87*, 74-83.

**Vitacco**, M.J., & Van Rybroek, G.J. (2006). Treating insanity acquittees with personality disorders: Implementing dialectical behavior therapy. *Journal of Forensic Psychology Practice, 6(2),* 1-16.

**Vitacco**, M.J., & Vincent, G. M. (2006). Applying adult concepts to youthful offenders: Psychopathy and its implications for risk assessment and juvenile justice. *International Journal of Forensic Mental Health, 5*, 29-38.

Caldwell, M.F., **Vitacco**, M.J., & Van Rybroek, G.J. (2006). Are violent delinquents worth treating? A cost-benefit analysis. *Journal of Research in Crime and Delinquency, 43*, 148-168.

Poythress, N.G., Douglas, K.S., Falkenbach, D., Cruise, K., Lee, Z., Murrie, D. C., & **Vitacco**, M.J. (2006). Internal consistency reliability of the self-report Antisocial Process Screening Device. *Assessment, 13*, 107-113.

Erickson, S. K., **Vitacco**, M.J., & Van Rybroek, G. J. (2005). Beyond overt violence: Wisconsin's progressive civil commitment statute as a marker of a new era in mental health law. *Marquette Law Review, 89*, 359-405.

Neumann, C.S., **Vitacco**, M.J., Hare, R.D., & Wupperman, P. (2005). Reconstruing the reconstruction of psychopathy. A comment on Cooke, Michie, Hart, and Clarke. *Journal of Personality Disorders, 19*, 624-640.

**Vitacco**, M. J., Rogers, R., Neumann, C. S., Harrison, K. S., & Vincent, G. (2005). A comparison of factor models on the PCL-R with mentally disordered offenders: The development of a four-factor model. *Criminal Justice and Behavior, 32*, 526-545.

**Vitacco**, M.J., Neumann, C.S., & Jackson, R. (2005). Development of a four-factor model of psychopathy: Associations with ethnicity, gender, violence, and intelligence. *Journal of Consulting and Clinical Psychology, 73*, 466-476.

**Vitacco**, M.J., & Packer, I. (2004). Mania and insanity: An analysis of legal standards and recommendations for clinical practice. *Journal of Forensic Psychology Practice, 3*, 83-95.

Vincent, G.M., **Vitacco**, M.J., Grisso, T., & Corrado, R.R. (2003). Subtypes of adolescent offenders: Affective explanations of psychopathy. *Behavioral Sciences and the Law, 21*, 695-712.

Rogers, R., Sewell, K. W., Martin, M., & **Vitacco**, M. J. (2003). Detection of feigned mental disorders: A meta-analysis of the MMPI-2 and malingering. *Assessment, 10*, 160-177.

**Vitacco**, M.J., Rogers, R., & Neumann, C.S. (2003). The Antisocial Process Screening Device: An examination of its construct and criterion validity. *Assessment, 10*, 143-150.

Neumann, C.S., **Vitacco**, M.J., Robertson, A., & Sewell, K. (2003). Longitudinal assessment of callous/impulsive traits, substance abuse, and symptoms of depression among adjudicated adolescents: A latent variable approach. In J. A. King, C. Ferris, & I., Lenderhendler (Eds.). Roots of Mental Illness in Children, *NYAS Annals, 1008*, 300 - 304.

**Vitacco**, M. J., Neumann, C.S., Ramos, V., & Roberts, M. (2003). *Ineffective parenting: A precursor to psychopathic traits in Hispanic females*. In J. A. King, C. Ferris, & I. I. Lenderhendler (Eds.). Roots of Mental Illness in Children, *NYAS Annals, 1008*, 276 - 281.

Rogers, R., **Vitacco**, M.J., Cruise, K. R., Sewell, K.W. & Neumann, C.S. (2002). Screening for adolescent psychopathy among at-risk youth: Initial validation of the Survey of Attitudes and Life Experiences (SALE). *Assessment*, 9, 343-350.

**Vitacco**, M.J., Neumann, C.S., Robertson, A.A., & Durrant, S.L. (2002). Contributions of impulsivity and callousness in the assessment of adjudicated males: A prospective study. *Journal of Personality Assessment, 78*, 87-103.

Rogers, R., Sewell, K.W., Grandjean, N., & **Vitacco**, M.J. (2002). Feigned mental disorders and their effects on specific competency measures. *Psychological Assessment, 14*, 177-183.

Rogers, R., **Vitacco**, M.J., Jackson, R.L., Martin, M., Collins, M., & Sewell, K.W. (2002). Faking psychopathy? An examination of response styles with antisocial youth. *Journal of Personality Assessment, 78,* 31-46.

**Vitacco**, M.J. & Rogers, R. (2001). Predictors of adolescent psychopathy: The role of impulsivity, hyperactivity, and sensation seeking. *The Journal of the American Academy of Psychiatry and the Law, 29*, 374-386.

Rogers, R., Grandjean, N., Tillbrook, C.E., **Vitacco**, M.J., & Sewell, K.W. (2001). Recent interview-based measures of competency to stand trial: A critical review augmented with research data. *Behavioral Sciences and the Law, 19*, 503-518.

### MANUSCRIPTS UNDER REVIEW

**Vitacco**, M.J., Randolph, A.M., Gay, J.G., & Gottfried, E. (under review). Problematic forensic expert witnesses: Recommendations for improving professional integrity.

### BOOK CHAPTERS

Batastini, A. B., Lord, M., Guyton, M., & **Vitacco**, M. J. (in press). Technological advancements and recommendations for conducting forensic evaluations. In P. Zapf & A. Fanniff (Eds.) *APA Handbook of Forensic Psychology, 2nd Edition*. APA Publishing.

**Vitacco,** M.J., & Coleman, S. (2024). Insanity evaluations in the age of neuroimaging. In Pica, E., Pozzulo, J., & Ross, D. (Eds) *The Impact of Technology on the Criminal Justice System*. New York, NY: The Routledge Press.

**Vitacco**, M.J., Batastini, A.B., Jones, A., & Clary, C. (2023). Mental Health Challenges and Considerations with Individuals in Rural Jails. In Barber-Rioja, V., Garcia-Mansilla, A., Subedi, B. & Batastini, A. (Eds.). H*andbook of mental health assessment and treatment in jails.* New York, NY: Oxford University Press.

Batastini, A.B., Lord, M., & **Vitacco,** M.J. (2023). Using social media data in forensic evaluations: Addressing bias. In Liell, G.C., Fisher, M.J., & Jones, L.F. (Eds). Challenging bias in forensic psychological assessment (pp. 278-295). New York, NY: The Routledge Press.

Gottfried, E., **Vitacco**, M.J., Rogers, R., & Gay, J.G. (2021). Psychopathy and response styles in sex offenders, Second Edition. In F. Saleh, A. Grudzinskas, J. Bradford, & D.J. Brodsky (Eds), *Sex offenders: Identification, Risk Assessment, Treatment, and Legal Issues* (pp. 228-251). New York, NY: Oxford University Press.

**Vitacco**, M.J, Green, D**.,** Gottfried**,** E., & Griswold, H. (2020). Psychopathy and conditional release. In Felthous, A. (Ed.) *International Handbook on Psychopathic Disorders* (pp. 573-596). West Sussex, England: John Wiley & Sons, Ltd.

Batastini, A. B., Jones, A. C T., Miller, O. K., & **Vitacco**, M. J. (2020). An introduction to internet-based data and its relevance to forensic mental health assessments. In Batastini, A.B, & Vitacco, M.J. (Eds.), *Forensic mental health evaluations in the digital age: A practitioner's guide to using internet-based data* (pp. 1-22). New York: Springer International

**Vitacco**, M.J. Sigurdsson, D., Randolph, A.M., & Batastini, A.B. (2020). Using Social Media in Conducting Evaluations of Criminal Responsibility In Batastini, A.B, & Vitacco, M. (Eds.), *Forensic mental health evaluations in the digital age: A practitioner's guide to using internet-based data* (p. 24-48). New York: Springer International

Batastini, A.B., **Vitacco**, M.J., Bozeman, A. R., & (2020). General recommendations for integrating internet-based data in forensic mental health assessments and what we still need to know. In Batastini, A.B., & Vitacco, M.J. (Eds.), *Forensic mental health evaluations in the digital age: A practitioner's guide to using internet-based data* (pp.227-238). New York: Springer International

**Vitacco,** M.J., Lishner, D.A., Gay, J.G., & Trice, A. (2019). In M. Delisi (Ed.), Psychopathy and empathy. Routledge International Handbook of Psychopathy and Crime (pp. 46-57). New York, NY: Routledge International Press.

**Vitacco**, M.J. (2018). Syndromes associated with deception. In R. Rogers (Ed.), *Clinical Assessment of Malingering and Deception, Fourth Edition* (pp. 83-97). New York, NY: The Guilford Press.

Lillard, C**.,** Johnson, J. C., & **Vitacco**, M. J. (2017). Psychopathy and Violence. In P. Sturmey (Ed.), *The Wiley Handbook of Violence and Aggression* (Vol 2; Ch. 56; pp. 1-12). Hoboken, NJ: John Wiley & Sons Publisher.

**Vitacco**, M. J., & Tabernik**,** H. (2016). Structured Assessment of Malingering. In R. Rosner, & C. Scott (Eds.), Principles and Practices of Forensic Psychiatry (pp. 729-738). Taylor & Francis Publishing Company.

**Vitacco**, M.J., Neumann, C.S., Welch, L., & Buckley, P. (2016). Psychopathy Assessment. In R. Jackson & R. Roesch (Eds.), *Teaching Forensic Assessment*, (pp. 116-130). San Francisco, CA: Lawrence Erlbaum.

Schenk, A., Gottfried, E., & **Vitacco**, M.J. (2016). Conducting criminal responsibility evaluations: Best practices for forensic clinicians. In T. Masson (Ed.), Inside Forensic Psychology (pp. 36-54). Westport, CT: Prager Publishing.

Kosson, D.S., **Vitacco**, M.J., Swogger, M.T., & Steuerwald, B.L. (2015). Emotional experiences of the psychopath. In, C. Gacano (Ed.), The Clinical and Forensic Assessment of Psychopathy: A Practitioners Guide, 2nd Edition, (pp. 32-53), Mahwah, NJ: Lawrence Erlbaum

Neumann, C.S., **Vitacco**, M.J., & Mokros, A. (2015). Using both variable-centered and person-centered approaches to understanding psychopathic personality. In C. Gacano (Ed.), The Clinical and Forensic Assessment of Psychopathy: A Practitioners Guide, 2nd Edition (pp. 73-96), Mahwah, NJ: Lawrence Erlbaum

Tabernik, H., & **Vitacco**, M.J. (2015). Finding the truth in lies: A practical guide to the assessment of malingering. In D. Bhugra & G.S. Malhi (Eds.), Troublesome Diagnoses (pp. 85-99), New York, NY: Wiley-Blackwell.

Neller, D.J., & **Vitacco**, M.J. (2015). Institutional violence risk: Theory, assessment, and management. In C.S. Pietz and C.A. Mathison (Eds.), *Violent Offenders: Understanding and Assessment*, (pp.269-288). New York, NY: Oxford University Press.

**Vitacco,** M.J., & Salekin, R.T. (2013). Adolescent psychopathy and the law. In K. Kiehl & W. Sinott Armstrong (Eds.), *Handbook of Psychopathy and the Law* (pp. 206-224). New York, NY: Oxford University Press

**Vitacco,** M.J., Lishner, D., & Neumann, C.S. (2012). Psychopathy Assessment. In H. Hakkanen-Nyholm & J. Nyholm, *Psychopathy and the law: A practitioner's guide* (pp. 19-38). West Sussex, UK: John Wiley and Sons.

Jackson, R., & **Vitacco**, M.J. (2012). Structured and unstructured interviews. In D. Faust (Ed), *Coping with Psychiatric and Psychological Testimony, 6th Edition* (pp. 302-310). New York, NY: Oxford University Press

**Vitacco**, M.J., Lillienfeld, S.O., Erickson, S., & Wood, J. (2012). Challenging objective and projective personality testing. In D. Faust (Ed.), *Coping with Psychiatric and Psychological Testimony, 6th Edition* (pp. 335-362). New York, NY: Oxford University Press.

**Vitacco**, M.J., Salekin, R.T., & Rogers, R. (2010). Forensic issues in the assessment of adolescent psychopathy (pp. 374-397). In R. Salekin and R. Lynam (Eds.), *Handbook of Child and Adolescent Psychopathy.* New York, NY: The Guilford Press.

**Vitacco**, M.J., & Rogers, R.  (2010). Assessment of Malingering in Correctional Settings. In C. Scott (Ed.). *Clinical Handbook of Correctional Psychiatry, 2nd Edition* (pp. 255-276). Washington, DC: American Psychiatric Publishing Press.

**Vitacco**, M.J., & Rogers, R.  (2009). Psychopathy and response styles in sex offenders. In  F. Saleh, A. Grudzinskas, J. Bradford, & D.J. Brodsky (Eds.), *Sex offenders: Identification, Risk Assessment, Treatment, and Legal Issues*. (pp. 130-143). New York, NY: Oxford University Press.

**Vitacco**, M.J. (2008). Syndromes associated with deception. In R. Rogers (Ed.), *Clinical Assessment of Malingering and Deception, Third Edition* (pp. 39-50). New York, NY: The Guilford Press.

**Vitacco**, M.J., & Neumann, C.S. (2008). Clinical assessment of psychopathy. In R. Jackson (Ed.), *Teaching Forensic Assessment* (pp. 129-152). San Francisco, CA: Lawrence Erlbaum.

**Vitacco**, M.J., & Rogers, R.  (2005). Assessment of Malingering in Correctional Settings. In C. Scott (Ed.). *Clinical Handbook of Correctional Psychiatry* (pp. 133-150). Washington DC: American Psychiatric Publishing Press.

Rogers, R., & **Vitacco**, M.J.  (2002). *Forensic assessment of malingering and related response styles.*  In B. Van Dorsten (Ed.). Forensic Psychology: From classroom to courtroom (pp. 83-104).  New York, NY: Kulwer Academic Press.

### ENCYCLOPEDIA ENTRIES

**Vitacco**, M.J., & Ragatz, L. (2017). The Insanity Defense. In C.J. Shreck, MJ. Leiber, K. Welch, & H. Ventura-Miller (Eds.), Encyclopedia of Juvenile Delinquency and Justice.

**Vitacco**, M.J, & Christopher, S. (2016). Malingering: Forensic evaluations. In J.A. Moenssens (Ed.), Wiley Encyclopedia of Forensic Science, 2nd Edition. Chichester, UK: John Wiley and Sons.

Christopher, S. & **Vitacco**, M.J. (2016). Treatment: Mandated mental health treatment. In J.A. Moenssens (Ed.), Wiley Encyclopedia of Forensic Science, 2nd Edition. Chichester, UK: John Wiley and Sons.

Christopher, S, & **Vitacco**, M.J. (2016). Treatment: Right to refuse mental health treatment. In J.A. Moenssens (Ed.), Wiley Encyclopedia of Forensic Science, 2nd Edition. Chichester, UK: John Wiley and Sons.

Christopher, S. & **Vitacco**, M.J. (2016). Treatment: Right to mental health treatment. In J.A. Moenssens (Ed.), Wiley Encyclopedia of Forensic Science, 2nd Edition. Chichester, UK: John Wiley and Sons.

**Vitacco**, M.J. (2009). Malingering: Forensic evaluations. In J.A. Moenssens (Ed.), Wiley Encyclopedia of Forensic Science (pp. 1657-1663). Chichester, UK: John Wiley and Sons.

**Vitacco**, M.J. & Erickson, S.K. (2009). Treatment: Mandated mental health treatment. In J.A. Moenssens (Ed.), Wiley Encyclopedia of Forensic Science (pp. 2576-2580). Chichester, UK: John Wiley and Sons.

**Vitacco**, M.J. & Erickson, S.K. (2009). Treatment: Right to refuse mental health treatment. In J.A. Moenssens (Ed.), Wiley Encyclopedia of Forensic Science (pp. 2584-2587). Chichester, UK: John Wiley and Sons.

**Vitacco**, M.J. & Erickson, S.K. (2009). Treatment: Right to mental health treatment. In J.A. Moenssens (Ed.), Wiley Encyclopedia of Forensic Science (pp. 2580-2584). Chichester, UK: John Wiley and Sons.

## OTHER PUBLICATIONS

**Vitacco**, M.J., Green, D., & Felthous, A. (2014). Introduction the special issue on Conditional Release. *Behavioral Sciences & the Law, 32*, 553-556.

**Vitacco**, M. J., Viljoen, J., & Petrila, J. (2009). Introduction to the special issue on Adolescent Sex Offending. *Behavioral Sciences & the Law, 27*, 857-861.

**Vitacco**, M.J. (2007). Review of the book: Handbook of Psychopathy. *Psychiatric Services, 58*, 417-418.

**Vitacco**, M.J., & Van Rybroek, G. J. (2007). Treating antisocial and borderline personality disorders in forensic hospitals: Challenges and principles for effective treatment. *Midwest Association of State Mental Health Organizations*, Volume 2.

**Vitacco**, M. J., & Packer, I. (2003). Review of Wisconsin's Fifth Standard for civil commitment. *The Journal of the American Academy of Psychiatry and the Law* (*Legal Digest), 31*, 264 - 266.

**Vitacco**, M. J. & Silverthorn, P. (2000). Review of the book: Delinquency and crime: Current theories. *Journal of Clinical Child Psychology, 29,* 143 - 144.

## PEER REVIEWED PRESENTATIONS AT PROFESSIONAL MEETINGS

Gay, J., Helmerichs, A., Hackney, A., & **Vitacco**, M.J. (2024). The use and misuse of protective factors in violence risk assessment. Poster accepted at the American Psychology-Law Society, Los Angeles, California.

Weinberg, C., **Vitacco**, M.J., & Wahl, K. (2024). Evaluating feigned incompetency: Consideration of the Inventory of Legal Knowledge. Poster accepted under review for 2024 Southeastern Psychological Conference, Orlando, FL.

**Vitacco**, M.J., Weinberg, C., Wahl, K., & Vitacco, L. (2023, June). The Inventory of Legal Knowledge in forensic practice. Submitted to the International Academy of Law and Mental Health, Barcelona, Spain.

Sandlin, S., Coleman, S., & **Vitacco**, M.J. (2023, June). Community treatment and violence: What happens to the insanity acquittee after release. Paper presented at the International Association of Forensic Mental Health. Sydney, Australia.

**Vitacco,** M.J., & Gottfried, E. (2023, June), Testing alternative scoring for the Inventory of Legal Knowledge with forensic patients. Paper presented at the International Association of Forensic Mental Health. Sydney, Australia.

**Vitacco**, M.J., Randolph, A.M., Sigurdsson, D., Soroko, K., & Valez, J. (2022, June).  Evaluating feigning in individuals with intellectual disabilities in competency cases. Paper presented at the annual meeting of the International Association of Forensic Mental Health, Berlin, Germany.

**Vitacco**, M.J., Randolph, A.M., Sigurdsson, D., Soroko, K., & Valez, J. (2022, March). Evaluating malingering in individuals with intellectual disabilities in competency cases. Paper presented at the annual meeting of the American Psychology Law Society, Denver, CO.

Aguiar, R., Porter-Staats, M., **Vitacco**, M.J., & Dzurny, T. (2022, March). Neural correlates of psychopathy and cultural inclusion: A systematic review and meta-analysis.  In D. Faust (Chair). Symposium presented at the annual meeting of the American Psychology Law Society, Denver, CO.

Dzurny, T., Aguiar, R., Porter-Staats, M., & **Vitacco**, M.J. (2022, March). Systematic review of neural correlates of psychopathy in adolescent offenders. Poster presented at the annual meeting of the American Psychology Law Society, Denver, CO.

Fonzi, L., Lodovic, J.,Robles, K., Tuder, S., Gowensmith, M., Batastini, A., & **Vitacco**, M.J. (2021, March). Perceived credibility of social media as a collateral source in forensic evaluations. Poster virtually presented at the annual meeting of American Psychology-Law Society.

Maguno-Mire, G., Gallagher, A., Wright, J., Allen, K., **Vitacco**, M.J., Stephenson, N., Mikolajewoski, A.J., & Thompson, J. (2020, March). Risk assessment and conditional release decision-making: Outcomes and future directions. In M.J. Vitacco (Chair) *Conditional Release and violence risk assessment: From the hospital to the community*. Symposium presented at the annual meeting of the American Psychology Law Society, New Orleans, LA.

**Vitacco**, M.J., Rideout, K., & Balduzzi, E. (2020, March). Treating insanity acquittees in the community: Risk reduction and maintenance. In M.J. Vitacco (Chair) *Conditional Release and violence risk assessment: From the hospital to the community*. Symposium presented at the annual meeting of the American Psychology Law Society, New Orleans, LA.

Kastner, R., **Vitacco**, M.J., & Anderson, K. (2020, March). The HCR-20 in predicting conditional release decisions.  In M.J. Vitacco (Chair) *Conditional Release and violence risk assessment: From the hospital to the community*. Symposium presented at the annual meeting of the American Psychology Law Society, New Orleans, LA.

Jones, A., Davis, R., Batastini, A.B., & **Vitacco**, M.J. (2020, March). Social media bias in parental fitness evaluations: Forensic expert and layperson perceptions. Paper presented at the annual meeting of the American Psychology Law Society, New Orleans, LA.

Batastini, A. B. & **Vitacco**, M. J. (2019, March). Perceived credibility of social media data as a collateral source in forensic mental health assessment. In A.B. Batastini (Chair), *Applications of Technology in Psychology-Law Contexts*. Symposium at the annual meeting of the American Psychology Law Society, Portland, Oregon.

Manguno-Mire, G., Gallagher, A., Wright, J, & **Vitacco**, M. (2019, March). *Risk Assessment in the Context of Clinical Release Decision-Making.* Paper presented at the annual meeting of the American Psychology-Law Society, Portland, OR.

Britt, J.Y**.,** Patton, C., Remaker, D., **Vitacco**, M. J., & Prell, L. (2019, March). *Prediction of Violence Risk in Female Parolees*. Paper presented at the annual meeting of the American Psychological Law Society, Portland, OR.

Johnson, M., Dismukes, A., **Vitacco**, M.J., Miocevic, O., White, S., & Shirtcliff, E. (2018, August). Sex differences in diurnal cortisol, testosterone, and DHEA functioning in incarcerated adolescents. Poster presentation at the annual meeting of the International Society for Psychoneuroendocrinology, San Francisco, CA.

Batastini, A.B., Coffey, C.A., & **Vitacco**, M.J. (2018, March). Social networking sites as collateral data in forensic mental health evaluations. Symposium presented at the annual meeting of the American Psychology-Law Society, Memphis, TN.

Kois, L., Hunter, S., Meaux, L., **Vitacco**, M.J., & Packer, I. (2018, March). Mental state at the time of the offense. Symposium presented at the annual meeting of the American Psychology-Law Society, Memphis, TN.

Patton, C. L**., Vitacco**, M., & Lillard, C. K. (2018, March). *Assessing pro se competence in the wake of Indiana v. Edwards*.  Paper presented at annual meeting of the American Psychology-Law Society, Memphis, TN.

Gay, J., **Vitacco**, M., Lishner, D., & Beussink, C. (2018). Political affiliation as a mediator between psychopathy and moral decision making. Paper presented at the annual meeting of the American Psychology-Law Society, Memphis, Tennessee.

Patton, C.L., **Vitacco**, M.J, & Lillard, C.K. (2018, March). *Assessing pro se competence in the wake of Indiana v. Edwards*.  Paper presented at the annual meeting of the American Psychology-Law, Memphis, TN.

**Vitacco**, M.J. (2017, July). Violence risk assessment and conditional release in insanity acquittees: What have we learned? Paper presented at the International Academy of Law and Mental Health, Prague, Czech Republic.

Prell, L., **Vitacco**, M.J., & Zavodny, D. (2017, July). Predicting violence and recidivism in a large sample of males on probation or parole. Paper presented at the International Academy of Law and Mental Health, Prague, Czech Republic.

Batastini, A. B., **Vitacco**, M. J., Coaker, L. (2017, March). *Evaluating Understanding of Violence Risk Data: A Multi-Method Comparison Among Jurors and Judges*. Paper presented to the annual meeting of the American Psychology-Law Society, Seattle, WA.

Gay, J., **Vitacco**, M. J., Hackney, A., Beussink, C. & Lilienfeld, S. (2017, March). *The relationship between psychopathy, moral intuitions, and moral judgment.* Paper presented to the annual meeting of the American Psychology-Law Society, Seattle, WA.

Guyton, M., Conroy, M.A., Channell, S., **Vitacco**, M.J., & Packer, I. (2017, March). *Supervision of forensic assessment.* Symposium presentation at the annual meeting of the American Psychology-Law Society, Seattle, WA.

Gottfried, E., **Vitacco**, M.J., & Steadham, J. (2017, March). *The relationship between feigned psychiatric symptoms and feigned lack of legal knowledge among a multi-site sample of forensic inpatients.* Poster presented at the annual meeting of the American Psychology-Law Society, Seattle, WA.

Felthous, A., **Vitacco**., M.J., Gowensmith, W. N., & Novosad, D. (2017, February). Glad Tidings About Not Guilty by Reason of Insanity (NGRI): The benefit of conditional release. Symposium presented at the American Academy of Forensic Sciences, New Orleans, LA.

Steinert, S., Lishner, D. A., Kovacs, K., Rapp, E., Wenzel, T., Hong, P. H., & **Vitacco**, M. J. (2017, January). Emotional callousness and vicarious emotional reactions to the misfortune of others. Poster presented at the 18th annual meeting of the Society for Personality and Social Psychology, San Antonio, TX.

**Vitacco**, M.J., Balduzzi, E., Rideout, K., Banfe, S., & Britton, J. (2016, March). Predicting outcome using risk assessments with insanity acquittees on conditional release. Paper presented at the annual meeting of the American Psychology-Law Society, Atlanta, GA.

Johnson, M., **Vitacco**, M.J., Dismukes, A., & Shirtcliff, E. (2016, March). Callousness predicts flatted cortisol functioning across time in incarcerated adolescents. Paper presented at the annual meeting of the American Psychology-Law Society, Atlanta, GA.

Koplin, M., Cox, J., Parrott, C.T., Fairfax-Culumbo, J., DeMatteo, D., & **Vitacco**, M.J. (2016, March). The role of the Historical, Clinical, Risk-20 in United States Courts: A case law review. Paper presented at the annual meeting of the American Psychology-Law Society, Atlanta, GA.

Gay, J., **Vitacco**, M.J., & Ragatz, R. (2016, March). Mental health outcomes and their relationship to competency outcomes. Poster presented at the annual meeting of the American Psychology-Law Society, Atlanta, GA.

Steinert, S. W., Kelso, S. L., Hanson, M. D., Lishner, D. A., Hong, P. Y. & **Vitacco**, M. J. (2015, November). A replication and aggregation of psychopathic callous affect as a predictor of empathic concern and happiness toward those in need. Poster presentation at annual meeting of the Association for Behavioral, and Cognitive Therapies, Chicago, IL.

Hanson, M.D., Steinert, S.W., Kelso, SL., Ebert, A.R., Lishner, D.A., Hong, P.Y., & Vitacco, M.J. (2015, August). Psychopathy ability emotional intelligence: A re-analysis of Lishner, Swim, Hong, & Vitacco (2011). Poster presented at the American Psychological Association, Washington, D.C.

Gottfried, E., Schenk, A., **Vitacco**, M., & Carbonell, J.  (2015, June).  Prison violence in female offenders: Differences on the MMPI-2-RF.  Poster presented at the 50th Annual Symposium on Recent MMPI Research, Minneapolis, MN.

Miller, T., Pionk, T., Kelso, S., Steinert, S.W., Hanson, S.W., Lishner, D.A., Hong, P.Y., & **Vitacco**, M.J. (2015, May). Psychopathic callous affect as a predictor of empathic concern and positive affect toward those in need. Poster presented at the Midwestern Psychological Association, Chicago, IL.

Gay, J., Ragatz, L., & **Vitacco**, M. (2014, April). Psychiatric symptoms and criminal behavior in competency to stand trial evaluations. Poster presented at the Southeastern Psychological Association, Nashville, Tennessee

**Vitacco**, M.J., Tabernik, H., Zavodny, D., & Smith-Bailey, K. (2014, March). Risk assessment and decision making in forensic patients under consideration for release. Paper presented at the American Psychology Law Society, New Orleans, LA

Bryant, A., Gowensmith, W., & **Vitacco**, M.J. (2014, March). Decision-making in post-acquittal hospital release: How do forensic evaluators make their decisions? Paper presented at the American Psychology Law Society, New Orleans, LA

Marshall, D., Reed, J., & **Vitacco**, M.J. (2014, March). Predicting Voluntary and Involuntary Re-admissions to Forensic Hospitals by Insanity Acquittees in the State of Maryland: A three-year follow-up. Paper presented at the American Psychology Law Society, New Orleans, LA

Dismukes, A., **Vitacco**, M.J., Johnson, M., Lee, Y., & Shirtcliff, E.A. (2014, March). Early life stress and callous-unemotional traits influence testosterone's diurnal rhythm: Implications for juvenile justice. Paper presented at the American Psychology Law Society, New Orleans, LA

Tabernik, H., Montes, O., Christopher, S., Rideout, K., & **Vitacco**, M.J. (2014, March). Homicide and the insanity defense in Georgia. Poster presented at the American Psychology Law Society, New Orleans, LA.

Lee, Y., Dismukes, A. R., **Vitacco**, M.J., Shirtcliff, E.A. (2014, March). Diurnal rhythm of testosterone with callous traits among incarcerated adolescent males. *Poster presented at the Society for Research on Adolescence*, Austin, TX.

Johnson, M., Dismukes, A., Shirtcliff, E., & **Vitacco**, M.J. (2013, May). Coupling between HPA and HPG hormones among Incarcerated adolescents: The Influence of callous-unemotional Traits. Society for the Scientific Study of Psychopathy, Washington, DC.

Dismukes, A.R., Johnson, M., **Vitacco**, M.J., Shirtcliff, E.A. (2013, April). Shared Role of Hypothalamic-Pituitary-Adrenal and -Gonadal Hormones in the Development of Callous Unemotional Traits and Response to Life Stress Exposure. *Presented at Society for Research on Child Developmen*t, Seattle, WA.

**Vitacco**, M.J., Stredny, R., & Ragatz, L. (2013, March). Evaluating conditional release in NGRI acquittees: An extended prospective follow-up study. American Psychology Law Society, Portland, OR.

Allen, V., Hackney, A., Rosenberg, R, & **Vitacco**, M.J. (2013, January). Psychopathy and attachment: Can secure attachment priming be beneficial? Poster presented at the Social Psychology and Law Preconference, SPSP, New Orleans, LA.

Shirtcliff, E.A., Essex, M.J., Pollak, S.D., **Vitacco**, M.J. (2012, October). Life stress exposure is consistently linked to cortisol's diurnal rhythm. Paper presented at the American Academy of Child and Adolescent Psychiatry, San Francisco, CA.

Wampler, M., Dismukes, A., **Vitacco**, M.J., Shirtcliff, E.A. (2012, September). Psychopathy's Influence on the Interplay of Cortisol with Testosterone and DHEA. Poster presented at Society for Behavioral Medicine, New Orleans, LA.

Johnson, M.M., Dismukes, A.R., **Vitacco**, M.J., Shirtcliff, E.A. (2012, September). Coupling between hypothalamic-pituitary-adrenal and –gonadal axes among incarcerated adolescents: The influence of psychopathic traits and histories of abuse. Poster presented at the Society for Psychophysiological Research, New Orleans, LA.

Dismukes, A., Wampler, M., Vitacco, M.J., Shirtcliff, E.A. (2012, April). Abuse and the coupling of cortisol with testosterone and dhea in adolescent males. Poster presented at the Wisconsin Symposium on Emotion, Madison, Wisconsin.

Shirtcliff, E.A., **Vitacco**, M.J., Gostisha, A., Del Giudice, M. (2012, March).Beyond physiological hypoarousal: Adaptive calibration of cortisol and callous-unemotional traits in incarcerated adolescent males. Paper presented at the Society for Research on Adolescence, Vancouver, British Columbia.

**Vitacco**, M.J., Lishner, D.A, & Hong, P.Y. (2012, March). Evaluating the relation between psychopathy and affective empathy. Poster presented at the American Psychology and Law Society, San Juan, Puerto Rico.

**Vitacco**, M.J., Shirtcliff, E.A., Brieman, C., & Dismukes, A. (2012, March). Beyond physiological hypoarousal: The role of context and callous-unemotional traits in incarcerated adolescent males. Poster presented at the American Psychology and Law Society, San Juan, Puerto Rico.

Tribble, S., **Vitacco**, M.J., & Kosson, D.S. (2011, May). Construct validity of the three-factor model of the Interpersonal Measure of Psychopathy. Poster presented at the Society for the Scientific Study of Psychopathy, Montreal, Canada

Gostisha, A., Shirtcliff, E.A., **Vitacco**, M.J., Graf, A., Brieman, C., & Merz, J. (2011, May). Neuroendocrine function of incarcerated youth: A mechanism for the development of psychopathic traits. Poster presented at the Society for the Scientific Study of Psychopathy, Montreal, Canada.

Gostisha, A., Shirtcliff, E.A., **Vitacco**, M.J., Graf, A., Brieman, C., & Merz, J. (2011, May). Neuroendocrine function of incarcerated youth: A mechanism for the development of callous traits. Paper presented at the Society for Research in Child Development, Montreal, Canada.

Lishner, D.A., Hong, P.Y., Han, K.H., **Vitacco**, M., J., & Stocks, E.L. (2011, February). *Is impairment in affective empathy a core feature of psychopathy*? Poster presented at the 12th annual meeting of the Society for Personality and Social Psychology, San Antonio, Texas,

Erickson, S.K., & **Vitacco**, M.J. (2010, April). The problem of psychopathy as an excuse. Paper presented at the American Academy of Psychology Law, Vancouver, BC.

Gostisha, A., **Vitacco**, M.J., Graf, A., Brieman, C., Shirtcliff, E.A., (2009, July). *Endocrine Correlates of Psychopathy and Callous/Unemotional Traits in Incarcerated Youth*. Poster Presented at the International Society for Psychoneuroendocrinology, San Francisco, CA.

Gostisha, A., **Vitacco**, M.J., Shirtcliff, E.A., Brieman, C., Graf, A., Merz, J.L. (2009, April). *Neuroendocrine Correlates of Psychopathy and Callous/Unemotional Traits*. Poster Presented at the Society for the Scientific Study of Psychopathy, New Orleans, LA.

**Vitacco**, M.J., Neumann, C.S., Caldwell, M.F., & Van Ryborek, G.J. (2007, October). *Psychopathy and antisocial behavior in adolescents: A prospective longitudinal follow-up*. Poster presented at the Society for Research in Psychopathology, Iowa City, IA.

Malesky, A., Leslie, W., **Vitacco**, M.J., & Croysdale, A. (2007, August). *Jurors attitudes toward the insanity defense*. Paper presented at the American Psychological Association, San Francisco, CA.

**Vitacco**, M. J., & Neumann, C. S. (2006, October). *Differential relationships between the dimensions of psychopathy and intelligence*. Poster presented at the Society for Research in Psychopathology, San Diego, CA.

**Vitacco**, M. J., Gabel, J., & Munizza, J. (2006, May). *Assessing malingering in pretrial evaluations: A comparison of measures*. Paper presented at the Midwestern Psychological Association, Chicago, IL.

**Vitacco**, M. J., Rogstad, J., Saewert, E., & Neumann, C. S. (2006, May). *Predicting inpatient violence: A multi-trait assessment*. Paper presented at the Midwestern Psychological Association, Chicago, IL.

Saewert, E., **Vitacco**, M. J., Neumann, C. S., & Rogstad, J. (2006, March). A *Confirmatory factor analytic approach to understanding inpatient violence*. Paper presented at the American Psychology and Law Society, St. Petersburg, FL.

**Vitacco**, M. J., Caldwell, M., Van Rybroek, G. J., & Gabel, J. (2006, March). *Psychopathy and behavioral correlates of victim injury in serious juvenile offenders*. Paper presented the American Psychology and Law Society, St. Petersburg, FL.

**Vitacco**, M. J., Rogers, R., Gabel, J., & Munizza, J. (2006, March). *Evaluating screens for malingering: A known groups design*. Paper presented at the American Psychology and Law Society, St. Petersburg, FL.

Neumann, C. S., Strunk, J., & **Vitacco**, M. J. (2005, October). *Longitudinal latent variable relations of substance use, symptoms of depression, and conduct disorder in a nationally representative sample of male and female adolescents*. Paper presented at the Society for Research in Psychopathology, Coral Gables, FL.

Neumann, C. S., **Vitacco**, M. J., Jackson, R. L. (2005, July). *Latent structure of the PCL:SV in African American and European American male psychiatric outpatients and its association with anger and impulsivity*. Poster presented at the Society for the Scientific Study of Psychopathy, Vancouver, Canada.

**Vitacco**, M. J., Neumann, C. S., Caldwell, M., & Leistico, A.M.  (2005, May). *Personality traits and instrumental violence in antisocial adolescents*.  Paper presented at the Midwestern Psychological Association, Chicago, IL.

Bloechl, A., & **Vitacco**, M.J. (2005, May).  *Measuring attitudes toward the insanity defense: An empirical investigation*. Paper presented at the Midwestern Psychological Association, Chicago, IL.

**Vitacco**, M.J., Rogers, R., & Neumann, C.S.  (2005, March). *Psychopathy and Comorbidity in Mentally Disordered Offenders*.  Paper presented in the symposium Psychopathy, Comorbidity, self-control, and legal issues.  American Academy of Psychology and Law, LaJolla, CA.

Erickson, S.K., & **Vitacco**, M.J. (2005, March). *Psychopathy and legal proceedings: Limitations and guidelines for forensic clinicians.* Paper presented in the symposium *Psychopathy, Comorbidity, self-control, and legal issues*.  American Academy of Psychology and Law, LaJolla, CA.

**Vitacco**, M. J., Neumann, C.S., Caldwell, M., & Leistico, A. M.  (2005, March).  *The importance of the interpersonal facet of psychopathy in risk assessment: A comparison of two clinical samples.* Paper to be presented in the symposium Personality in Forensic Populations: Structure and Linkages to Violence. American Academy of Psychology and Law, LaJolla, CA.

Neumann, C.S. & **Vitacco**, M.J.  (2004, October).  *Psychopathy and symptoms of psychopathology in the prediction of a latent variable linear growth in violence.*  Poster presented at the Society for Research in Psychopathology, St. Louis, MO.

**Vitacco**, M.J., & Munizza, J.  (2004, April). *An analysis of competency to stand trial defendants: Linking clinical symptoms to psycholegal deficits*. Paper presented at the Midwestern Psychological Association, Chicago, IL.

Karpenko, V., & **Vitacco**, M.J.  (2004, April). *Internalizing disorders and psychopathic traits in adjudicated males: Mutually exclusive or clinically related?*  Paper presented at the Midwestern Psychological Association, Chicago, IL.

Vincent, G.M., **Vitacco**, M.J., Grisso, T., & Corrado, R.R. (2004, March).  *Recidivism and subtypes of adolescent offenders: Psychopathy and risk assessment.* Paper presented at the American Academy of Psychology and Law, Scottsdale, AZ.

**Vitacco**, M.J., Neumann, C.S., & Jackson, R. (2004, March). *The four-factor model of psychopathy and its associations with violence, intelligence, gender, and ethnicity*. Paper presented at the American Academy of Psychology and Law, Scottsdale, AZ.

Vincent, G.M., **Vitacco**, M.J., Grisso, T., & Corrado, R.R. (2004, March). Subtypes of adolescent offenders: Re-evaluating the notion of the fledgling psychopath. Paper presented at the Society for Research in Adolescence, Baltimore, MD.

**Vitacco**, M.J., Neumann, C.S., & Jackson, R.L. (2003, October). *Development of a four-factor model of psychopathy on the PCL:SV: Associations with ethnicity, gender, and intelligence.* Poster presented at the Society for Research in Psychopathology, Toronto, Canada.

**Vitacco**, M. J., Neumann, C.S., Jackson, R., & Vincent, G.M. (2003, July). *Development of a four-factor model on the PCL:SV and its relationship with verbal intelligence: Results from the MacArthur Violence Risk Assessment Study.* Poster presented at the Developmental and Neuroscience Perspectives on Psychopathy, Madison, WI.

Rogers, R., Martin, M., Sewell, K. & **Vitacco**, M.J. (2003, March). *A Meta-analytic Review of MMPI-2 Malingering.* Paper presented at the Society for Personality Assessment, San Francisco, CA.

**Vitacco**, M.J., Rogers, R., & Neumann, C.S. (2002, March). *The Psychopathy Screening Device: An examination of its construct and criterion validity.* Paper presented at the American Psychology-Law Society, Austin, TX.

Rogers, R., **Vitacco**, M.J., & Sewell, K.S. (2002, March). *Advances in the assessment of malingering: A meta-analysis of the MMPI-2.* Paper presented at the American Psychology-Law Society, Austin, TX.

Rogers, R., **Vitacco**, M.J., Cruise, K., & Sewell, K.W. (2002, March). *Screening for adolescent psychopathy among at-risk youth: Initial validation of the Survey of Attitudes and Life Experiences (SALE).* Paper presented at the American Psychology-Law Society, Austin, TX.

Rogers, R., **Vitacco**, M.J., Jackson, R., Martin, M., Collins, M., & Sewell, K.W. (2001, March). *Faking psychopathy? Response styles with antisocial youth.* Paper presented at the Society for Personality Assessment Midwinter Meeting, Philadelphia, PA.

Cruise, K.R., **Vitacco**, M.J., Rogers, R., & Jackson, R. (2000, April). *Preliminary analysis of malingering in dually diagnosed offenders.* Poster presented at the Southwestern Psychological Association, Dallas, TX.

**Vitacco**, M.J., Rogers, R., Neumann, C.S., Durrant, S.L., & Collins, M. (2000, March). *Adolescent psychopathy: Contributions of sensation seeking, impulsivity, and ADHD.* Paper presented at the American Psychology-Law Society, New Orleans, LA.

Durrant, S.L., Silverthorn, P., Ramos, V., **Vitacco**, M.J., & Long, M. (1999, November). *Characteristics of children with behavior disorders who drop out of therapy.* Poster presented at the Association for Advancement of Behavior Therapy, Toronto, Canada.

Roberts, M.K., **Vitacco**, M.J., Silverthorn, P., Ramos, V., & Durrant, S.L. (1999, April). *Parenting styles in the development of psychopathy in adolescent females.* Paper session presented to the annual meeting of the Southwestern Psychological Association, Albuquerque, NM.

Silverthorn, P., **Vitacco**, M.J., Durrant. S.L., Robertson, A.R., & Neumann, C.S. (1998, November). *Protective and risk factors in adjudicated adolescents.* Poster presented at the Association for the Advancement of Behavior Therapy, Washington, DC.

**TRAINING PRESENTATIONS and GRAND ROUNDS**

**Vitacco**, M.J. (2024, October). Dealing with high conflict parents in child custody cases.
   Presentation given at the Augusta Area Continuing Legal Education Seminar, Evans,
   GA.

**Vitacco**, M.J. (2023, 2019, February). Comprehensive assessment of malingering. Seven-hour
   workshop provided to participants and sponsored by the American Academy of Forensic
   Psychology in Charleston. South Carolina.

**Vitacco,** M.J. (2022, October). Competency to stand trial evaluation and restoration with
   individuals diagnosed with intellectual development disorder. Three-hour virtual
   presentation provided to New Mexico forensic examiners, Albuquerque, New Mexico.

**Vitacco,** M.J. (2022, August). Forensic Ethics: A vignette-based approach. Five-hour virtual
   presentation provided to Larned State Hospital, Larned Kansas.

**Vitacco**, M.J. (2022, July). Conditional release evaluations: The basics. Virtual Grand Rounds
   presentation sponsored by the University of New Mexico Department of Law and Mental
   Health Division.

**Vitacco**, M.J. (2022, March). Malingering in correctional settings: Barriers to accurate
   assessment. Ninety-minute virtual presentation sponsored by American Psychology
   Association, Division 19 (Psychologists in Public Service).

**Vitacco**, M.J. (2022, March). Adolescent depression: Awareness and prevention. One-hour
   virtual presentation sponsored by Adoption-Share, Brunswick, GA.

**Vitacco**, M.J., & Hardison, E.O. (2021, April). The impact of trauma and its presentation in the
   classroom: Applying science to practice. CSRA, RESA, PBIS Mental Health Summit.
   One-hour presentation, Columbia Co, Georgia.

**Vitacco**, M.J. (2021, February). Malingering in forensic evaluations. Four-hour virtual workshop
   sponsored by the American Academy of Forensic Psychology.

**Vitacco**, M.J. (2021, February). Forensic evaluations in the digital age. Virtual Grand Rounds
   presentation sponsored by the Univeristy of New Mexico Department of Law and Mental
   Health Division.

**Vitacco**, M.J. (2021, January). Forensic evaluations in the digital age. Four-hour virtual
   workshop sponsored by the American Academy of Forensic Psychology.

**Vitacco,** M.J. (2021, January). Treating the nexus. Preparing insanity acquittees for community
   return. Virtual Grand Rounds presentation for Ohio Forensic Hospitals, Columbus, OH.

**Vitacco**, M.J. (2020, December). Neuroloaw and the insanity defense: Pseudoscience and the
   courtroom. Grand Rounds presentation at Augusta University, Augusta, GA.

**Vitacco,** M.J. (2020, August). The effective expert witness: How to navigate legal and ethical
   dilemmas. Three hour and 30-minute virtual presentation provided to Larned State
   Hospital, Larned Kansas.

Vitacco, M.J. (2020, August). Malingering evaluations. Three hour and 30-minute virtual presentation provided to Larned State Hospital, Larned Kansas.

Vitacco, M.J. (2020, March). Comprehensive Assessment of Malingering. Three hour and 30-minute presentation provided to North Dakota State Hospital, Jamestown, North Dakota.

Vitacco, M.J., & Batastini (2020, March). A. Forensic evaluations in the age of social media. Three hour and 30-minute workshop presented at the American Psychology and Law Society Annual Conference, New Orleans, Louisiana.

Vitacco, M.J. (2019, September). Conducting criminal responsibility evaluations. Six-hour workshop presented to the Georgia Department of Behavioral Health and Developmental Disabilities, Peachtree City, GA.

Vitacco, M.J. (2019, August). Malingering evaluations. Training provided to the United States Air Force, Webinar for psychologists and lawyers in the United States and Europe.

Vitacco, M.J. (2019, May). Insanity acquittees in the community: From the forensic report to release. The Robert Miller Memorial Lecture. University of Colorado School of Medicine, Denver, CO.

Vitacco, M.J. (2019, May). Violence risk assessment with conditionally released insanity acquittees: Promises and pitfalls. Two-hour presentation to Colorado Mental Health Institute at Pueblo, Pueblo, CO.

Vitacco, M.J. (2018, August). Unmasking the sane: Hervey Cleckley's influence on psychopathy. Grand Rounds presentation at Augusta University, Augusta, GA.

Vitacco, M.J. (2018, August). Conducting evaluations of criminal responsibility. Seven-hour presentation for the Department of Mental Health, Larned, Kansas.

Vitacco, M.J. (2017, November). Determining risk for insanity acquittees. Four-hour presentation for the Ohio Department of Mental Health and Addiction Services, Columbus, Ohio.

Vitacco, M.J. (2015, September). Structured approaches to assessing malingering: Implications for clinical practice. Grand Rounds presentation for the Medical University of South Carolina, Charleston, SC.

Vitacco, M.J. (2014, June). Insanity acquittees in the community: Implications for public policy and mental health treatment. Grand Rounds presentation for Augusta University, Augusta, GA., and the South Carolina Department of Mental Health, Columbia, South Carolina.

Vitacco, M.J. (2011, August). Dynamic risk factors and inpatient Violence: Developing strategies for effective risk management. Grand Rounds presentation for the South Carolina Department of Mental Health, Columbia, South Carolina.

Vitacco, M.J. (2011, May). Dynamic risk factors and inpatient Violence: Developing strategies for effective risk management. Grand Rounds presentation for the Department of Psychiatry and Health Behavior at Augusta University, Augusta, GA.

**OTHER PRESENTATIONS**

**Vitacco**, M.J. (November 2024). Personality disorders and forensic mental health: Risk assessment, the insanity defense, and beyond. Presentation to the Department of Psychiatry, John Hopkins University, Baltimore, MD.

**Vitacco**, M.J. (2024, September). Ethical dilemmas in correctional settings. Presentation to Centurion Health Care, Sterling, VA.

**Vitacco**, M.J. (2019, February). Chronic stress and behavior in adolescence. Presentation to McDuffie Board of Education, Thompson, GA.

**Vitacco**, M.J. (2013, August). Introduction to psychology and the law. Presentation to the Annual Georgia Psychological Association Professional Development Conference, Atlanta, GA.

**Vitacco,** M.J. (2013, September). Violence risk assessment in adults: A primer. Presentation for the Wisconsin Department of Juvenile Justice/Lincoln Hills School, Irma, WI.

**Vitacco,** M.J. (2013, January). Criminal responsibility and the psychopath: Holding psychopaths criminally and morally responsible. Presentation for the Psychology Department at the University of New Orleans, New Orleans, LA.

**Vitacco,** M.J. (2012**,** October). Mental Health and the Criminal Justice System. Presentation for the National Alliance on Mental Illness, Augusta, GA.

**Vitacco,** M.J. (2011**,** November). Competency to stand trial evaluations: A journey through case law. Presentation for the Richmond County Public Defenders, Augusta, GA.

**Vitacco**, M.J. (2010, November). Predicting violence in forensic inpatients: The importance of evaluating dynamic risk factors. Presentation given at Rosalind Franklin School of Medicine and Science, North Chicago, IL.

 **Vitacco**, M.J. (2010, March). Insanity, risk assessment and treatment of mentally disordered offenders. Presentations given at the University of Wisconsin Oshkosh, Oshkosh, WI and Maranantha College, Watertown, WI.

**Vitacco,** M.J. (2006, November). Psychopathy, risk assessment, and violence. Presentation given at Luther College, Decorah, Iowa.

Van Rybroek, G.J., & **Vitacco**, M.J. (2006, March). Evaluating services for conditionally released insanity acquittees. Paper presented at the Client Centered Teamwork: Essentials of Mental Health Care, Madison, WI.

## PREVIOUS CLINICAL POSITIONS

**04/2009**
**To**
**12/2010**

**Licensed Psychologist/Associate Director of Research**
**Mendota Mental Health Institute, Madison, WI**
Responsibilities: Co-directed a research program on a variety of forensic topics including violence, forensic assessment, and malingering. Provided mental health treatment to forensic patients found not guilty by reason of insanity. Provided treatment for forensic patients diagnosed with major mental illnesses and personality disorders. Conducted various forensic evaluations.

**08/2003**
**To**
**03/2009**

**Psychological Associate/Associate Director of Research**
**Mendota Mental Health Institute, Madison, WI**
Responsibilities: Implemented and co-directed a research program on a variety of forensic topics including youth violence and malingering. Worked on a unit designed to provide mental health treatment for forensic patients found not guilty by reason of insanity that have major mental illness and comorbid personality disorders. Conduct forensic evaluations and psychological testing. Provide didactic trainings to predoctoral psychology interns and practicum students.

## EDUCATIONAL CLINICAL POSITIONS

**09/2002**
**To**
**08/2003**

**Postdoctoral Fellow**
**University of Massachusetts Medical School, Worcester, MA**
**The Law and Psychiatry Program**
Responsibilities: Conducted supervised evaluations of competency to stand trial, criminal responsibility, dangerousness, and aid in sentencing at Bridgewater State Hospital, Worcester State Hospital, and the Boston Court Clinic. As part of the fellowship, I testified as an expert witness in competency to stand trial and civil commitment cases. Attended and participated in seminars in landmark legal cases, forensic-related issues, and mental health law.

**9/2001**
**To**
**08/2002**

**Predoctoral Clinical Psychology Intern**
**University of North Carolina Medical School at Chapel Hill**
**NC and The United States Department of Justice**
**Specialization: Clinical Forensic Psychology**
Responsibilities: Conducted forensic evaluations at the Federal Medical Center including evaluations of competency to stand trial, criminal responsibility, and dangerousness. Developed and implemented a Dialectical Behavior Therapy program for inmates with borderline personality disorder. Completed rotations at the University of North Carolina Medical School performing child custody and parental competency evaluations, and neuropsychological assessment of adults with traumatic brain injuries. I completed a rotation on the Crisis Service where I completed assessments and brief therapeutic interventions in the emergency department. I also completed a rotation doing interventions for families in crisis.

## EDITORIAL ACTIVITIES

1. Co-editor for special issue of Behavioral Sciences & the Law. Social media and forensic evaluations (2024).
2. Co-editor for special issue of Behavioral Sciences & the Law: Conditional Release (2014), volume 5.
3. Co-editor for two special issues of Behavioral Sciences and the Law: Adolescent Sex Offending (2009 and 2010). Behavioral Sciences & the Law, volumes 27 (4) and 28 (1).

## REVIEWER ACTIVITIES

1. Reviewer for Psychological Assessment (2005 - 2010)
2. Reviewer for Psychiatric Research (2020 to present)
3. Reviewer for Journal of Forensic Psychiatry and Psychology (2008-2015)
4. Reviewer for Criminal Justice and Behavior (2006-present)
5. Reviewer for Law and Human Behavior (2004-2019)
6. Reviewer for Personality and Individual Differences (2006, 2007)
7. Reviewer for Archives of General Psychiatry (2006)
8. Reviewer for Journal of Criminal Justice (2006, 2007)
9. Reviewer for Journal of Personality Assessment (2006-2016)
10. Reviewer for Journal of Forensic Psychology Practice (2005 to present)
11. Reviewer for Assessment (2005-2007)
12. Reviewer for Journal of Psychopathology and Behavioral Assessment (2009-2017)
13. Reviewer for International Journal of Forensic Mental Health (2010-2019)
14. Reviewer for Psychiatric Services (2009 – 2010)
15. Reviewer for Psychological Services (2012-2016)

## PROFESSIONAL ACTIVITIES

Member of the International Academy of Law and Mental Health.

Member of the American Psychology-Law Society (Division 41) of the American Psychological Association.

Member of Georgia Psychological Association.

Committee member for 2023 Georgia Psychological Association annual conference.
.

<u>Vitacco Prior Testimony</u>

State of Georgia v. Aliyah Hopkins (Henry County, Georgia).

State of Georgia v. Roland Croyle (Richmond County, Georgia).

State of North Dakota v. Adam Dearinger (Pembina County, North Dakota).

State of North Dakota v. Milo Whitetail (Ward County, North Dakota).

State of North Dakota v. Michael Neugebauer (Burleigh County, North Dakota).

United States of America v. Jean-Daniel Perkins (United States District Court for the Northern District of Georgia, Atlanta Division).

United States of America v. Stephen Grimes (United States District Court for the Northern District of Georgia, Atlanta Division).

State of North Dakota v. Fredrick Meyer (Burleigh County, North Dakota).

State of Georgia v. Cameron Gravitt (Catoosa County. Georgia)

State of Georgia v. Conley Martin (Floyd County, Georgia).

Matthews v. Matthews (for the defendant).

In the case of RE: Cole Lee (deposition for the plaintiff).

State of North Dakota v. Micheal Yousa (Burleigh, ND). X 2

State of South Carolina v. Bobby Wayne Stone (Columbia, SC).

State of Georgia v. Phillip Corley (Augusta, GA).